# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

**In the Matter of**:                    }
                                         }        Case No. 16-31244
Debra F Purifory                         }
                                         }        Chapter 13
                                         }
**Debtor(s)**                            }

---

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

---

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1.      The debtor(s) filed this case on May 16, 2016.

2.      Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee.

3.      We are requesting more time to contact debtor because we have been unable to do so.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 13 day of July, 2017.

/s/ Richard D. Shinbaum
*Richard D. Shinbaum*

*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties

listed below by CM/ECF on this day 13 day of July, 2017.

Chapter 13 Trustee, Sabrina McKinney
Bankruptcy Administrator, Teresa Jacobs

/s/ Richard D. Shinbaum
*Richard D. Shinbaum*