# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 16-31244-DHW
                                                Chapter 13

DEBRA F. PURIFORY,

    Debtor.

## ORDER CONTINUING HEARING
## ORDER INCREASING PAYMENTS

    The hearing on the trustee's motion to dismiss this case is hereby CONTINUED to be held at the United States Bankruptcy Court, United States Courthouse, One Church Street, Courtroom 4-C, Montgomery, Alabama on **October 30, 2017 at 10:00 am**.

    The hearing is being continued to monitor payments.

    The amount of the payments to the trustee under the plan must be increased to make the plan feasible. Accordingly, it is

    **ORDERED** that the amount of the payments to the trustee are hereby **INCREASED to $150.00 bi-weekly.**

    Done this 31st day of July, 2017.

*/s/ Dwight H. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Sabrina L. McKinney, Trustee